```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 09330
    JACQUELINE KRIVENSKY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-8466

-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/15/2005 and was confirmed 04/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  33.00%.

     The case was converted to chapter 7 after confirmation 08/18/2007.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY          9944.51           .00         9944.51
CHASE BANK               UNSECURED         2396.55           .00           55.44
CAPITAL ONE BANK         UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP    UNSECURED         3479.59           .00           80.49
ECAST SETTLEMENT CORP    UNSECURED         3061.98           .00           70.83
CITIBANK                 NOTICE ONLY      NOT FILED          .00             .00
B-LINE LLC               UNSECURED         3044.08           .00           70.42
DISCOVER FINANCIAL SERVI UNSECURED         4376.89           .00          101.25
FIRST MIDWEST BANK       UNSECURED        10425.73           .00          241.18
ECAST SETTLEMENT CORP    UNSECURED          294.89           .00             .00
GE CAPITAL CONSUMER CARD NOTICE ONLY      NOT FILED          .00             .00
ILLINOIS INSURANCE CENTE UNSECURED        NOT FILED          .00             .00
ILLINOIS INSURANCE CENTE NOTICE ONLY      NOT FILED          .00             .00
INTERNAL REVENUE SERVICE UNSECURED        NOT FILED          .00             .00
KOHLS                    UNSECURED         1134.69           .00           26.25
UNITED COLLECTION BUREAU UNSECURED           76.00           .00             .00
MACNEAL EMERGENCY PHYSIC NOTICE ONLY      NOT FILED          .00             .00
MACNEAL PHYSICIANS INC   UNSECURED        NOT FILED          .00             .00
MACNEAL HOSPITAL         NOTICE ONLY      NOT FILED          .00             .00
MICROSOFT NETWORK        UNSECURED        NOT FILED          .00             .00
NICOR GAS                UNSECURED          207.67           .00             .00
NICOR GAS                NOTICE ONLY      NOT FILED          .00             .00
RIVER GROVE CLINIC       UNSECURED        NOT FILED          .00             .00
VARIOUS MEDICAL WATERMAR UNSECURED        NOT FILED          .00             .00
VARIOUS MEDICAL WATERMAR UNSECURED        NOT FILED          .00             .00
WEST LAKE HOSPITAL       UNSECURED        NOT FILED          .00             .00
WESTLAKE COMMUNITY HOSPI NOTICE ONLY      NOT FILED          .00             .00
CHASE BANK               SECURED            703.48           .00          703.48
JOSEPH WROBEL            DEBTOR ATTY      2,194.00                       2,194.00
TOM VAUGHN               TRUSTEE                                           747.76
DEBTOR REFUND            REFUND                                            514.39


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 09330 JACQUELINE KRIVENSKY
```

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   14,750.00

PRIORITY                                           9,944.51
SECURED                                              703.48
UNSECURED                                            645.86
ADMINISTRATIVE                                     2,194.00
TRUSTEE COMPENSATION                                 747.76
DEBTOR REFUND                                        514.39
                         ---------------       ---------------
TOTALS                    14,750.00                14,750.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/28/07       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 05 B 09330 JACQUELINE KRIVENSKY